IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CICELY HOPKINS and KRISTEN SMITH                                              PLAINTIFFS

V.                                                        CAUSE NO.: 1:13CV162-SA-DAS

LOWNDES COUNTY SHERIFF DEPARTMENT;
LOWNDES COUNTY CHANCERY CLERK;
LOWNDES COUNTY; DEPUTY ROBBIE ROBERTSON;
and JOHN DOES 1-10                                                            DEFENDANTS

FINAL JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Defendants' Motion for Summary Judgment [16] is GRANTED, and the Motion to Dismiss [19] is GRANTED IN PART and DENIED IN PART.

Plaintiffs' false arrest and excessive force claims are barred by the Heck doctrine. Plaintiffs have failed to state a claim under the Fifth or Fourteenth Amendments. Because the federal claims are dismissed from this case, the Court declines to exercise supplemental jurisdiction over those remaining state law claims. Plaintiffs' claims are DISMISSED, and this case is CLOSED.

SO ORDERED, this the 1st day of August, 2014.

                                                   /s/ Sharion Aycock
                                                 **U.S. DISTRICT JUDGE**